# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **YOSHIMA HOLMES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| v. ) | |
| ) | **No.  04-2315-CM** |
| ) | |
| **UNITED PARCEL SERVICE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Plaintiff filed this cause of action on July 8, 2004.  On April 15, 2005, the parties stipulated to dismissal without prejudice of all of plaintiff's claims, and the court terminated the case.  On May 16, 2005, plaintiff filed a Motion to Modify Protective Order (Doc. 68), requesting that the court continue its jurisdiction over this matter in order to modify the protective order previously entered in this case.  A district court has discretion to reopen a case, and such a decision will be overturned only for abuse of discretion. *United States v. Montgomery*, 620 F.2d 753, 757 (10th Cir. 1980).  The court finds that good cause exists to reopen this case for the limited purpose of considering plaintiff's Motion to Modify Protective Order.

**IT IS THEREFORE ORDERED** that this case is hereby reopened.  The court will continue its jurisdiction over this case for the limited purpose of considering plaintiff's Motion to Modify Protective Order.

Dated this 26th day of May 2005, at Kansas City, Kansas.

**s/ Carlos Murguia**
**CARLOS MURGUIA**
**United States District Judge**
